IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MONTANEZ,**

    **Plaintiff,**

v.                                                     Case No. 3:11cv65/MCR/EMT

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 13, 2012 (doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 22nd day of March, 2012.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**